UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    EDCV 26-0445-MWC (PVC)                    Date: May 6, 2026

Title        Hayk Marabyan v. David A. Marin, et al.

Present:  The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez  |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:                Attorneys Present for Defendants:
None                                            None

**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

On March 5, 2026, the Court ordered Respondents to file either a Motion to Dismiss within 30 days or an Answer to the Petition within 45 days.  (Dkt. No. 19 at 2, 3).  More than 45 days have passed, and Respondents have neither answered nor moved to dismiss the Petition.  Respondents are therefore **ORDERED TO SHOW CAUSE** by **May 13, 2026**, why the Petition should not be granted.

IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |